**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| LOGAN VILLHAUER,<br><br>　　Plaintiffs,<br><br>vs.<br><br>GARTH HOUSE; JACKSON BRUCKNER; KALEB SCHULTZ; BRIAN KELLY; MARK CHAPMAN; STEPHANIE SWARTZ; TRUDY PAULSON; DANA WINGERT; AND CITY OF DES MOINES, IOWA,<br><br>　　Defendants. | Case No.: 4:22-cv-49<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW the above-named parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) submit their stipulation to a dismissal with prejudice of Stephanie Swartz and Trudy Paulson in the above captioned matter.

Respectfully submitted,

HOPKINS & HUEBNER, P.C.

By */s/ Brent L. Hinders*
　　Brent L. Hinders, AT0003519

By */s/ Hugh J. Cain*
　　Hugh J. Cain, AT0001379

By */s/ Eric M. Updegraff*
　　Eric M. Updegraff, AT 0008025
　　2700 Grand Avenue, Suite 111
　　Des Moines, IA 50312
　　Telephone:  515-244-0111
　　Facsimile:   515-244-8935
　　bhinders@hhlawpc.com

        hcain@hhlawpc.com
        eupdegraff@hhlawpc.com
ATTORNEYS FOR DEFENDANTS STEPHANIE SWARTZ AND TRUDY PAULSON

By */s/ Nathan A. Mundy*
Nathan A. Mundy
Mundy Law Office, PC
317 6th Ave., Suite 1300
Des Moines, IA 50309-1770
Telephone: 515-288-1552
    nathan@mundylawdsm.com

ATTORNEYS FOR PLAINTIFF


By */s/Michelle Mackel-Wiederanders*
Michelle R. Mackel-Wiederanders
Assistant City Attorney

By */s/  Luke DeSmet*
Luke DeSmet
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, IA 50309-1891
Telephone: 515-283-4537
       515-283-4110
Facsimile: 515-237-1748
MRMackel@dmgov.org
LMDesmet@dmgov.org

ATTORNEYS FOR DEFENDANTS

Original filed.

| **CERTIFICATE OF SERVICE** |
| --- |
| The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on the ____ day of _____, 20____. |
| By   ☐ U.S. Mail     ☐ Fax<br>      ☐ Hand Delivery   ☐ Electronically through CM-ECF<br>      ☐ Private Carrier   ☐ Other:_____<br>Signature_____ |

S:\BLH\35-53 Vilhauer v. DSM\Pleadings\Word\22-08-10 Joint Stipulation of Dismissal.docx