IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LOGAN VILLHAUER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, DANA WINGERT, GARTH L. HOUSE, JASON BRUCKNER, KALEB SCHULTZ, JOHN DOE I, and JOHN DOE II,<br><br>　　　　　Defendants. | 4:22-CV-00049-RP-HCA<br><br>ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

The parties have notified the Court that a settlement agreement has been reached as of June 7, 2023. Accordingly, all deadlines and hearings are canceled.

Closing documents shall be filed by June 22, 2023. If no closing documents are filed, pursuant to LR 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

DATED June 7, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Helen C. Adams
　　　　　　　　　　　　　　　　　　　　　Chief U.S. Magistrate Judge